I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.12.12

DEPUTY CLERK

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORFIN, | Case No. SACV 12-1437-R (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| M.E. SPEARMAN, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Sept. 10, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE